P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1R
0002003152    FEB 05 2015
MAILED FROM ZIP CODE 78701

RE: WR-82,467-01

STANLEY ORSON MOZEE

#14060548
BW
Released
10-28-14

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL

Dallas County
133 N Industrial Blvd
LB
Dallas TX 75207

